United States District
Court of New Haven, CT

Bernadette Vaz Nata

v.                                    # 3:02CV1183 (JBA)

AFL-CIO et al

## Motion For Appeal

Since the emotions of my father's death, the blacklisting of the Laborers Union and Steve Wynn et al. of my past race for yrs so my ex can regain his credibility I was not able to submit a motion. I ask the court to grant this motion today, for I am still being labelled African and Capeverdean descent by the supporters of my ex. for over fifteen yrs and blacklisted for THEIR views.

~~Statement~~

Certification of Statement

I have submitted copies of this motion to the U.S. attorney's Office New Haven at

This twentieth eight day of August 2005.

Benedette Nete   complaintant or plaintiff.